PROB 35   **Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.   Crim. No. 1:01-CR-075-02

Joseph St. John

On September 26, 2003, the above-named commenced a supervised release term of two years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Stephen F. Leahey
U.S. Probation Officer
Date: May 12, 2005

FILED
HARRISBURG, PA

MAY 13 2005

MARY E. D'ANDREA, CLERK
per _____
  Deputy Clerk

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2005

_____
United States District Judge